# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1812
LT Case Nos. 2019-CF-002712-A
2019-CF-002904-A
2020-CF-002974-A

_____

ROBERT LOUIS JOYNT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Robert Louis Joynt, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Stephen Randolph Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


March 5, 2026


PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____